UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CHARLIE EARL SMITH,**

    **Petitioner,**

**v.**                                                           **Case No.  5:20-cv-95-RV-MJF**

**MARK INCH,**

    **Respondent.**
_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 16, 2021 (doc. 10). The parties were provided a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The petitioner has filed an objection (doc. 12), which I have reviewed *de novo*.[1]

Having considered the Report and Recommendation and the objections thereto timely filed, I conclude that the Report and Recommendation should be adopted.

---

[1] On February 26, 2021, the petitioner filed a motion for extension of time to file his objections (doc. 11).  Before I ruled on the motion, the petitioner filed his objections.  Consequently, his motion for extension of time (doc. 11) is DENIED, as moot.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (doc. 10) is adopted and incorporated by reference in this Order.

2. Respondent's Motion to Dismiss (doc. 7) is **GRANTED**.

3. The petition for writ of habeas corpus (doc. 1), challenging the judgment of conviction and sentence in *State of Florida v. Charlie Earl Smith*, Bay County Circuit Court Case No. 2011-CF-178, is **DISMISSED WITH PREJUDICE** as time barred.

4. A certificate of appealability is **DENIED**.

5. The clerk of court shall close this case file.

**DONE AND ORDERED** this 4th day of March, 2021.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**